**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **SHAWN COLLINS,** | ) | NO. CV 09-3838-DDP(CT) |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **JUDGMENT** |
| **v.** | ) | |
| | ) | |
| **DOMINGO URIBE, JR., Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

IT IS HEREBY ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: June 12, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE